UNITED STATES of America,
Plaintiff–Appellee

v.

Oscar Leonel CASILLAS, Jr.,
Defendant–Appellant.

No. 09–10802
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 17, 2010.

Jeffrey Robert Haag, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

Oscar Leonel Casillas, Jr., Pollock, LA, pro se.

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Oscar Leonel Casillas, Jr.,

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Casillas has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.